# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSEPH A. MULLIGAN** | : | CIVIL ACTION NO. 3:21 cv 1610 (VLB) |
| **600 CENTER STREET (2ND FLOOR)** | | |
| **MANCHESTER, CT 06040** | | |
| **PLAINTIFF** | : | |
| v. | | |
| **STATE of CT DEPARTMENT OF LABOR** | : | December 3, 2021 |
| **200 FOLLY BROOK BLVD** | : | |
| **WETHERSFIELD, CT 06109** | | DEC 3 2021 PM2:58 |
| **DEFENDANT** | | FILED-USDC-CT-HARTFORD |

### COMPLAINT - Denial of Due Process and My Civil Rights

I am requesting my case to be heard against the State of Connecticut's Department of Labor, who on 2/26/2020, denied my claims. Below captures a summary of events that were overlooked and ignored. I am on the other side of the Times Up and ME Too movements. I was bullied and harassed out of my job for defending myself and exercising my civil rights since 2006.

My complaint is derived from the continued oversight to the law and harassment I received for doing the right thing since 2006. Connecticut's Department of Labor ignored that I was never insubordinate and was retaliated for exercising my civil rights after years of deliberate harassment. I was offered a 4th settlement at a CHRO mediation in September of 2018, after being terminated under false claims of insubordination.

My complaint should not be dismissed, seeing that I did not break any work rule of insubordination, where I actually exercised established laws that protect people. I am in a protected class, seeing that males are bullied and harassed by females, and that the USA constitution protects everyone, that's why it's "We the People", which excludes no one. This complaint also includes OPM/OLR who did not allow me my right to arbitration.

OLR/OPM were included in this complaint and attended the meeting on September 19, 2019, and spoke. They did not provide any written documents, nor did DDS. Afscme Council 4 did provide a booklet of

emails, which included a grievance filed by Gail Zipoli, after she stated, along with other Afscme Council 4 representatives refused to file grievances on my behalf in 2017. OLR/OPM Megan Krom, did not include my right to arbitration, which is captured in her documents provided to Afscme Council 4.

Males are covered under the protective class law, seeing that I am not the only male who has been harassed by coworkers, primary females.

<u>Protected Class: The groups protected from the employment discrimination by law. These groups include men and women **on the basis of sex**; any group which shares a common race, religion, color, or national origin; people over 40; and people with physical or mental handicaps.</u>

Everyone is covered. To exclude one group of people as protected class, and include others, is outright discrimination. The protected class argument is mute under the USA constitution, we the people AFSCME Council 4, worked along with DDS ignoring established work laws, as autistic people were being abused since 2006, ware I followed policy and procedure. DDS staff did not report a false claim of sexual harassment to human resources. When I brought it to DDS Affirmative Action in 2006, and numerous times after, they did nothing

DOL ignored all evidence, which includes Carol Ziogas receiving my work, right after Lana Raymond is removed from the office in 2017. The person who sent my work to Carol Ziogas, stated that he was directed to, but could not remember who directed him to send my work to her.

DOL also ignored how DDS was already afforded an automatic 10 week delay for my UE hearing, and then DOL allowed DDS more time because they were not prepared. This event caused one of my witnesses not to be able to testify. At the next UE meeting, Karen Sticklin lied and said we never met in November 2017, after returning from FMLA, and Karen Sticklin and Greg Lawton met with me, as Karen yelled at me, because Human Resources told her they were sick of me, after requesting to file a grievance against Carol Ziogas for harassing me, as she did in 2012.

The issues I was disciplined were derived from me defending myself. I was never insubordinate. At the meeting with Elizabeth Dunn, I was told by her to drop my case. She had met with representatives of DDS, AC4, and OPM/OLR, and said that they are not giving me my job back, I had rejected 4 cash

settlement offers, and that I should drop my case. Elizabeth Dunn already made her mind up, without even taking any of my evidence into consideration.

I was never insubordinate and should be fully restored to full duty, back pay, legal expenses and monetary damages   These events have affected my reputation and left me with PTSD, all for doing the right thing since 2006. I am working on a complete line of all events that date back to 2006 and all work rules broken by CTs state workers and agents of Afscme Council 4. I have the Timesup and Metoo movement on my side. Its time to deal with issues of males being harassed, seeing that these females spent more time obsessing about me and talking about me, then doing their job and endangering autistic people, like Bethany LaPorte and Deb Albers did with one client and Sarah D. Cook and Tina Abate did, with Colleen Carter, looking the other way.

Please accept my apologies if I did not address everything Attorney Devine brought up, seeing that the agency she represents, has ignored a great person who stood up to others. Like John Lewis, fighting for good trouble. Now is not the time to ignore these issues, because what was done to me is predatory behavior, which some workers creating a phone conversation with the Connecticut's copy supplier, who also stares at my private parts.

When I went from Federal service to State service at DCF, I learned that we always protect those who can't protect themselves. Plus I was a DCF mentor for the DCF kids that no one wants to deal with.

NOTE: I would also request that the court assign the Connecticut Attorney Generals office be assigned to represent me, as their offices oath states.

12/3/2021

FOR THE PLAINTIFF

JOSEPH A. MULLIGAN

BY: /s/ Joseph A. Mulligan

600 Center Street (2nd floor)

Manchester, CT 06040

Email : joseph.amulligan@yahoo.com