# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DEC 29 2021 PM 1:29
FILED-USDC-CT-HARTFORD

| | | |
|---|---|---|
| JOSEPH A. MULLIGAN | : | CASE No. : 3:21-cv-01610-VLB |
| 600 CENTER STREET (2ND FLOOR) | | |
| MANCHESTER, CT 06040 | | |
| PLAINTIFF | : | |
| | | |
| v. | | |
| | | |
| STATE of CT DEPARTMENT OF LABOR | : | December 29, 2021 |
| 200 FOLLY BROOK BLVD | : | |
| WETHERSFIELD, CT 06109 | | |
| DEFENDANT | | |

## MOTION TO DIMISS CASE WITHOUT PREJUDICE

I am requesting to withdraw Case Number 3:21-cv-01610-VLB. That is be dismissed Without Prejudice. I currently do not have the $500.00 court filing fee. I would like to reopen the case in the future once I have money. I would still like to preserve my right to reopen this case. I appreciate your time and consideration. Have a great new year.

FOR THE PLAINTIFF

JOSEPH A. MULLIGAN

BY: /s/ Joseph A. Mulligan

600 Center Street (2nd floor)

Manchester, CT 06040

Email : joseph.amulligan@yahoo.com